UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. A-20-CR-047-RP |
| | ) | |
| MARIA TERESA BENITEZ-UGARTE ET AL. | ) | |
| Defendants. | | |

## MOTION TO UNSEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and respectfully requests that the Court Unseal the Government's Indictment and associated documents filed in the above-styled cause number for all eighteen Defendants.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By: *Mark H. Marshall*

Mark H. Marshall
Assistant United States Attorney
903 San Jacinto Blvd. Suite 334
Austin, Texas 78701
Ph: (512) 916-5858
State Bar No. 13032500

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>     **Plaintiff,** )<br> )<br>**v.** )<br> )<br>**MARIA TERESA BENITEZ-UGARTE ET AL.** )<br>     **Defendants.** | **CRIMINAL NO. A-20-CR-047-RP** |

## **ORDER**

Came on to be considered United States Motion to Unseal Government's Indictment and associated documents filed in the above-styled cause number for all eighteen Defendants and the Court having considered said motion, hereby

ORDERS that United States' Motion to Unseal Government's Indictment, and associated documents be GRANTED with respect to all defendants.

ENTERED this _____ day of February 2021.

_____
UNITED STATES MAGISTRATE JUDGE