UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO: AU:20-CR-00047(4)-RP |
| | § | |
| (4) RICARDO ALBERTO HERNANDEZ | § | |

### MOTION TO EXTEND FILING DEADLINES AND TRIAL DATE

Defendant, Mr. Ricardo Alberto Hernandez, through undersigned Counsel, requests the Court extend the filing deadlines and the trial date. He would show as follows:

1. On July 29, 2021, the Court set the following deadlines and Jury trial dates (docket #416):

Pretrial motions to be filed by 8/10/2021;

Responses to pretrial motions to be filed by 8/24/2021;

Plea Agreement due by 8/24/2021;

All Pending Pretrial Matters and Docket Call set for 9/12/2021;

Jury Selection and Trial set for 9/13/2021.

2. The Court appointed Richard Cofer to represent Mr. Alberto Hernandez on August 10, 2021.

3. Counsel for Mr. Alberto Hernandez requests additional time to review discovery; file pretrial motions; and discuss plea negotiations with the government.

4. Mr. Alberto Hernandez requests that the Court:

    a. Designate this case as complex; and

1

      b.      Extend the deadlines and trial date at least ninety (90) days so that counsel can prepare for trial.

5.      The Court may grant an extension for good cause under Rule 45(b) of the Federal Rules of Criminal Procedure.

Respectfully submitted this 11th day of August, 2021.

                                    COFER & CONNELLY, PLLC
                                    1002 West Avenue
                                    Austin, Texas 78701
                                    512-200-3801 telephone
                                    512-727-5568 facsimile

By:     */s/* Richard L. Cofer
         Richard Lyn Cofer
         Texas State Bar No. 24065059
         rick@coferconnelly.com

         Counsel for Ricardo Alberto Hernandez

## CERTIFICATE OF SERVICE

I certify that on August 12, 2021, a true and correct copy of the above document was served on the United States Attorney's Office in Austin, Texas, through the Court's electronic filing system.

                                    */s/* Richard L. Cofer
                                    Richard Lyn Cofer

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO: AU:20-CR-00047(4)-RP |
| | § | |
| (4) RICARDO ALBERTO HERNANDEZ | § | |

# ORDER ON DEFENDANT'S MOTION TO EXTEND
# PRETRIAL MOTIONS DEADLINE AND TRIAL DATE

Came on for consideration this day Defendant's Motion to Extend Pretrial Motions Deadline and Trial Date filed August 12, 2021. Having considered the grounds for said Motion, the Court is of the opinion that Defendant should be given an extension of the deadline for filing pretrial motions, the motions hearing and docket call, and the jury trial in this case.

IT IS THEREFORE ORDERED that the deadline for filing pretrial motions is extended to _____ o'clock ___.m. on the _____ day of _____, 20__.

IT IS THEREFORE ORDERED that the motions hearing and docket call is extended to _____ o'clock ___.m. on the _____ day of _____, 20__.

IT IS THEREFORE ORDERED that the jury trial in this case is extended to _____ o'clock ___.m. on the _____ day of _____, 20__.

SIGNED AND ENTERED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE